(118 So. 925)

William MELTON v. STATE. (1 Div. 810.) Court of Appeals of Alabama. Nov. 20, 1928.

John D. Leigh, Judge.

SAMFORD, J. Appeal dismissed.

(112 So. 924)

Early Lee MESSER v. STATE. (4 Div. 311.) Court of Appeals of Alabama. April 19, 1927. Rehearing Denied May 10, 1927.

H. A. Pearce, Judge. Violating prohibition law.

RICE, J. Affirmed.

(115 So. 924)

Herman MILAM v. STATE. (7 Div. 358.) Court of Appeals of Alabama. March 20, 1928. E.

S. Lyman, Judge.

C. W. McKay, of Ashland, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

Brief did not reach the Reporter.

RICE, J. Appellant was convicted of the offense of unlawfully being in possession of a still, etc., to be used for the purpose of manufacturing prohibited liquors, etc. The court, sitting en banc, has read the entire record, and we find no evidence tending to connect appellant with the possession of the still, which was found some distance from his home. Mere suspicion, however strong, will not take the place of legal evidence. For the error in refusing to give, at appellant's request, the general affirmative charge in his favor, the judgment is reversed, and the cause remanded. Reversed and remanded.

(114 So. 924)

Earl MILLER and Fletcher Stagner v. STATE. (1 Div. 790.) Court of Appeals of Alabama. Nov. 22, 1927. Saffold Berney, Judge.

BRICKEN, P. J. Appeal dismissed on motion of appellants.

(113 So. 918)

MISSISSIPPI & ALABAMA R. R. CO. v. G. C. PINE. (1 Div. 735.) Court of Appeals of Alabama. June 21, 1927. Motion to reinstate denied Aug. 2, 1927. T. J. Bedsole, Judge.

RICE, J. Affirmed.

(114 So. 924)

Dock MONTGOMERY v. STATE. (5 Div. 659.) Court of Appeals of Alabama. Nov. 29, 1927.

George F. Smoot, Judge.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(118 So. 925)

Elbert, alias Albert, MORRIS v. STATE. (1 Div. 831.) Court of Appeals of Alabama. Oct. 30, 1928.

Saffold Berney, Judge. Second degree murder.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(116 So. 926)

Verner MORRIS v. STATE. (7 Div. 402.) Court of Appeals of Alabama. April 12, 1928.

R. B. Carr, Judge. Distilling.

PER CURIAM. Appeal dismissed on motion of appellant.

(113 So. 918)

W. W. MOSLEY v. STATE. (7 Div. 349.) Court of Appeals of Alabama. June 7, 1927.

W. W. Haralson, Judge. Distilling.

RICE, J. Affirmed.

(115 So. 924)

Earnest MOSS v. STATE. (8 Div. 590.) Court of Appeals of Alabama. Jan. 31, 1928.

O. Kyle, Judge.

SAMFORD, J. Affirmed.

(118 So. 925)

A. I. MOYE and Curtis Harrell v. STATE. (5 Div. 705.) Court of Appeals of Alabama. Nov 27, 1928.

James A. Hines, Judge.

RICE, J. Affirmed.

(114 So. 924)

Spud MURPHY v. STATE. (4 Div. 356.) Court of Appeals of Alabama. Nov. 29, 1927. J.

S. Williams, Judge.

BRICKEN, P. J. Appeal dismissed.

(115 So. 924)

Herman MYERS v. STATE. (8 Div. 622.) Court of Appeals of Alabama. Jan. 31, 1928

W. W. Haralson, Judge.

BRICKEN, P. J. Appeal dismissed.